W.C. SWAFFAR, Executor of the Estate of Eddie Linn Swaffar, Sr., Deceased *v.* Eddie Linn SWAFFAR, Jr., et al.

91-254                                                    828 S.W.2d 355

Supreme Court of Arkansas
Opinion delivered May 4, 1992

*Barber, McCaskill, Amsler, Jones & Hale, P.A.*, by: *M. Stephen Bingham*, for appellant.

*J.R. Nash*, for appellant.

PER CURIAM. This appeal is dismissed on grounds of mootness. *See Swaffar* v. *Swaffar*, 309 Ark. 73, 827 S.W.2d 140 (1992).